08/26/2015 16:06 FAX  12122781733      ANDERSONKILL&OLICK,P.C.              ☒003/004



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD) (FM) ECF Case |
|---|---|

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, 04-CV-1076 (GBD)

## ORDER OF JUDGMENT

Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on May 19, 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby;

**ORDERED** that the O'Neill Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran, the Iranian Ministry of Intelligence and Security, the Iranian Minister of Intelligence and Security Ali Fallahian, the Iranian Revolutionary Guard Corps, the Iranian Revolutionary Guard Corps – Qods Force, Ayatollah Ali Hoseini-Khamenei, and Deputy Commander Brigadier General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr (the "Iran Defendants") is **GRANTED** and final judgment on liability is entered in favor of the O'Neill Plaintiffs in *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et al.*, 04-CV-1076 (GBD) and against all the Iran Defendants;

nydocs1-1054782.1

08/26/2015 16:06 FAX 12122781733           ANDERSONKILL&OLICK,P C.                    ☒004/004

Case 1:11-cv-07550-GBD   Document 105-1   Filed 08/26/15   Page 2 of 2

**ORDERED** that the *O'Neill* Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive.

Dated: New York, New York
_____ \_\_, 2015

AUG 31 2015

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

nydocs1-1054782.1