**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*O'Neill, et al. v. The Republic of Iraq*, No. 1:04-cv-01076 (GBD) (SN)
*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD) (SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD) (SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal

Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001

and/or individuals who are the Personal Representative for a family member of individuals killed

as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the *O'Neill*, *Bernaerts*, and *King* Plaintiffs' motion is granted, and the

individuals included in Exhibit A are to be substituted into the *O'Neill*, *Bernaerts*, and *King*

cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion

at ECF No. 9261.


Dated: New York, New York
_____, 202_

SO ORDERED:


_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE


docs-100409740.1

**EXHIBIT A to *O'Neill*, *Bernaerts*, and *King* Motion to Substitute Parties**

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | John Doe 79, being intended to designate the Personal Representative of the Estate of Raymond Sanchez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez | 1:04-cv-01076 (GBD) (SN); 1:19-cv-11865 (GBD) (SN) | Raymond Sanchez, Jr., as the Personal Representative of the Estate of Raymond Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond Sanchez | NY | Raymond Sanchez |

docs-100409740.1

| 2. | John Doe 131, being intended to designate the Personal Representative of the Estate of Ayleen J. Santiago, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago | 1:04-cv-01076 (GBD)(SN); 1:22-cv-05193 (GBD)(SN) | Ayleen Arroyo, as the Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago | NJ | Ayleen Arroyo |

3