UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) ECF Case |
|---|---|

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al.*, 1:04-cv-01923 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)

### CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Marie Halloran, on her own behalf and on behalf of the Estate of Vincent Halloran, and Plaintiffs Jake Halloran, Kieran Halloran, Declan Halloran, Aidan Halloran, Conor Halloran, and Phelan Halloran, substitute John F. Schutty of the Law Office of John F. Schutty, P.C., NYS I.D. #1919471, as counsel of record in place of Anderson Kill P.C. Contact information for new counsel is as follows:

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (646) 345-1441
Facsimile: (917) 591-5980
Email: john@johnschutty.com

I consent to the above substitution.

Date: 7/17/24

_____
Signature of Plaintiff Marie Halloran

I consent to the above substitution.

Date: 7/17/24

_____
Signature of Plaintiff Jake Halloran

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Kieran Halloran

docs-100668155.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et al.*, 1:04-cv-01923 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)

## CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY

Notice is hereby given that, subject to approval by the Court, Plaintiff Marie Halloran, on her own behalf and on behalf of the Estate of Vincent Halloran, and Plaintiffs Jake Halloran, Kieran Halloran, Declan Halloran, Aidan Halloran, Conor Halloran, and Phelan Halloran, substitute John F. Schutty of the Law Office of John F. Schutty, P.C., NYS I.D. #1919471, as counsel of record in place of Anderson Kill P.C. Contact information for new counsel is as follows:

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (646) 345-1441
Facsimile: (917) 591-5980
Email: john@johnschutty.com

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Marie Halloran

I consent to the above substitution.

Date:  07/16/2024

_____
Signature of Plaintiff Jake Halloran

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Kieran Halloran

docs-100668155.1

I consent to the above substitution.

Date:    7/17/24

_____
Signature of Plaintiff Declan Halloran

I consent to the above substitution.

Date:    7/17/24

_____
Signature of Plaintiff Aidan Halloran

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Conor Halloran

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Phelan Halloran

I consent to the above substitutions.

_____
Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
jgoldman@andersonkill.com

Date:    7/12/24

I consent to the above substitutions.

_____
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (646) 345-1441
Facsimile: (917) 591-5980
Email: john@johnschutty.com

Date:

The substitution of attorney for Plaintiffs Marie Halloran, Jake Halloran, Kieran Halloran, Declan Halloran, Aidan Halloran, Conor Halloran, and Phelan Halloran is hereby approved and so ORDERED.

Date: _____    _____
                                                                                    Judge

2

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Declan Halloran

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Aidan Halloran

I consent to the above substitution.

Date: 7/16/2024

_____
Signature of Plaintiff Conor Halloran

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Phelan Halloran

I consent to the above substitutions.

Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
jgoldman@andersonkill.com

Date: 7/12/24

I consent to the above substitutions.

Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (646) 345-1441
Facsimile: (917) 591-5980
Email: john@johnschutty.com

Date:

The substitution of attorney for Plaintiffs Marie Halloran, Jake Halloran, Kieran Halloran, Declan Halloran, Aidan Halloran, Conor Halloran, and Phelan Halloran is hereby approved and so ORDERED.

Date: _____    _____
                                                          Judge

2

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Declan Halloran

I consent to the above substitution.

Date:   7/17/24

*[signature]*
_____
Signature of Plaintiff Aidan Halloran

I consent to the above substitution.

Date:

_____
Signature of Plaintiff Conor Halloran

I consent to the above substitution.

Date:   7/17/24

*Phelan Halloran*
_____
Signature of Plaintiff Phelan Halloran

I consent to the above substitutions.

*[signature]*
_____
Jerry S. Goldman
Anderson Kill P.C.
1251 Avenue of the Americas
New York, NY 10020
jgoldman@andersonkill.com

Date:   7/12/24

I consent to the above substitutions.

*John F. Schutty*
_____
Law Office of John F. Schutty, P.C.
445 Park Avenue, 9th Floor
New York, NY 10022
Telephone: (646) 345-1441
Facsimile: (917) 591-5980
Email: john@johnschutty.com

Date:   7/18/24

The substitution of attorney for Plaintiffs Marie Halloran, Jake Halloran, Kieran Halloran, Declan Halloran, Aidan Halloran, Conor Halloran, and Phelan Halloran is hereby approved and so ORDERED.

Date: _____

_____
Judge

2