UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN)<br>ECF Case |

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, 1:19-cv-11767 (GBD)(SN)

## MOTION TO SUBSTITUTE COUNSEL

**COME NOW,** Marie Halloran, individually as spouse, and as Personal Representative of the Estate of Vincent Halloran, deceased; Aidan Halloran, individually as surviving child of Vincent Halloran, deceased; Conor Halloran, individually as surviving child of Vincent Halloran, deceased; Declan Halloran, individually as surviving child of Vincent Halloran, deceased; Jake Halloran, individually as surviving child of Vincent Halloran, deceased; Kieran Halloran, individually as surviving child of Vincent Halloran, deceased; and Phelan Halloran, individually as surviving child of Vincent Halloran, deceased ("the Halloran Plaintiffs"), Plaintiffs in *BNY Mellon, et al. v. Islamic Republic of Iran, et al*, Case No. 1:19-cv-11767 (GBD)(SN), *Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.*, 1:04-cv-01923 (GBD)(SN) and *Estate of Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN) and file this Motion to Substitute Counsel. As grounds for said Motion, the Halloran Plaintiffs state as follows:

1. The Halloran Plaintiffs were represented by Anderson Kill P.C., *et al.* (Motley Rice LLC, Kreindler & Kreindler LLC, Law Office of John M. Quin and Brian Ballard, Esq. - "*et al.*"). On February 3, 2024, by emails, the Halloran Plaintiffs advised Anderson Kill P.C. *et*

*al.,* that they desired new counsel.

2.    The Halloran Plaintiffs thereafter retained John F. Schutty, Esq. of the Law Office of John F. Schutty, P.C. to represent them in this litigation.

3.    The Halloran Plaintiffs now ask the Court to substitute John F. Schutty, Esq. as attorney of record as to the Halloran Plaintiffs.

4.    The Halloran Plaintiffs, the Anderson Kill P.C. firm, *et al.*, and John F. Schutty, Esq., consent to the substitution of counsel as requested herein (signed Consents are attached to the accompanying Declaration of John F. Schutty, Esq. as part of a Stipulation & Consent Order, *see* Exhibit A).

**WHEREFORE, PREMISES CONSIDERED**, Marie Halloran, individually as spouse, and as Personal Representative of the Estate of Vincent Halloran, deceased; Aidan Halloran, individually as surviving child of Vincent Halloran, deceased; Conor Halloran, individually as surviving child of Vincent Halloran, deceased; Declan Halloran, individually as surviving child of Vincent Halloran, deceased; Jake Halloran, individually as surviving child of Vincent Halloran, deceased; Kieran Halloran, individually as surviving child of Vincent Halloran, deceased; and Phelan Halloran, individually as surviving child of Vincent Halloran, deceased, pray that this Honorable Court enter an Order substituting John F. Schutty, Esq. of Law Office of John F. Schutty, P.C. as attorney of record for the Halloran Plaintiffs in *BNY Mellon, et al. v. Islamic Republic of Iran, et al,* Case No. 1:19-cv-11767 (GBD)(SN), *Estate of John Patrick O'Neill Sr., et al. v. Al Baraka Investment and Development Corporations, et al.,* 1:04-cv-01923 (GBD)(SN) and *Estate of Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.,* 1:04-cv-01076 (GBD)(SN).

Dated: New York, New York
July 18, 2024

Respectfully Submitted,

/s/ *John F. Schutty*

John F. Schutty (JS2173)
LAW OFFICE OF JOHN F. SCHUTTY, P. C.
445 Park Avenue, Ninth Floor
New York, New York 10022
Telephone: (646) 345-1441
Fax: (917) 591-5980
Email: john@johnschutty.com

---

The substitution of counsel is GRANTED.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: August 5, 2024
New York, New York