UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |
| | ECF CASE |

This document relates to:

*Estate of John Patrick O'Neill Sr., et al. v. The Republic of Iraq, et al.*, 1:04-cv-01076 (GBD)(SN)

*Burnett, et al. v. Al Baraka Investment & Development Corp.*, 1:03-cv-09849 (GBD)(SN)

*Burnett, et al. v. Islamic Republic of Iran*, 1:15-cv-09903 (GBD)(SN)

## **NOTICE OF APPEARANCE OF COUNSEL**

To the Clerk of Court and all parties of record:

John F. Schutty of the Law of John F. Schutty, P.C. is admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for the following plaintiffs in the above consolidated action:

JENNIFER NILSEN, Individually, and as Personal Representative of the Estate of TROY NILSEN, Deceased;

RYAN NILSEN, as surviving Child of TROY NILSEN, Deceased;

SCOTT NILSEN, as surviving Child of TROY NILSEN, Deceased;

Dated:   New York, New York
         August 26, 2024

Respectfully submitted,

LAW OFFICE OF JOHN F. SCHUTTY P.C.

By: ___/s/_*John F. Schutty*_____

John F. Schutty, Esq. (JS2173)
445 Park Avenue, Ninth Floor
New York, New York 10022
Tel: (646) 345-1441
*Counsel for the Nilsen Plaintiffs*