```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O'Neill, et al.
                      Plaintiff(s)

-v-

Republic of the Sudan et al.,
                      Defendant(s)

## CERTIFICATE OF MAILING

Case No.: 1:18-cv-12114 (GBD)(SN)

I hereby certify under the penalties of perjury that on the 3 day of June , 2019 , I served: Ministry of Foreign Affairs. Ministry Foreign Affairs of Sudan, P.O. Box 873, Gamma Street, Khartoum, Sudan.

☐ the individual of the foreign state, pursuant to the provisions of FRCP 4(f)2(c)(ii).

☒ the head of the ministry of foreign affairs, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(3).

☐ the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter-Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4).

☐ the head of the agency or instrumentality of the foreign state, pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(b)(3)(B).

1 copy(ies) of the Summons, complaint, Civil Cover Sheet, Notice of Suit prepared in accordance with 22 § 93.2 with a copy of 28 U.S.C 1330, and an affidavit of translator (along with translations of the above documents. by Registered Mail: RH001664001US.

Dated: New York, New York
06/03/2019

RUBY J. KRAJICK
CLERK OF COURT

Edressa Kamal
DEPUTY CLERK

```
=====================================
         CHINATOWN
         6 DOYERS ST
         NEW YORK, NY
         10013-9991
         3596040004

06/03/2019    (800)275-8777    3:25 PM
=====================================
=====================================
Product             Sale      Final
Description         Qty       Price

First-Class          1       $23.25
Package
Intl Service
   (International)
   (Sudan)
   (Weight:1 Lb 2.70 Oz)
   (Customs #:RH001664001US)
Registered           1       $16.00
   (Amount:$0.00)
Return               1        $4.10
Receipt

Total                        $43.35

Cash                         $45.00
Change                       ($1.65)

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

         Preview your Mail
         Track your Packages
         Sign up for FREE @
         www.informeddelivery.com

Please visit
https://www.usps.com/international/cus
oms-forms.htm to complete
International Mail customs forms
online and to ship packages from your
```

**Registered No.** RH001664001US

**Date Stamp** 0004 05

| Postage $ | $23.25 | Extra Services & Fees (continued) |
|---|---|---|
| Extra Services & Fees | | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | $16.00 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (hardcopy) $ | $4.10 | |
| ☐ Return Receipt (electronic) $ | $0.00 | **Total Postage & Fees** |
| ☐ Restricted Delivery $ | | $ $43.35 |
| Customer Must Declare Full Value $0.00 | | Received by 06/03/2019 |

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM:** Jerry Goldman
Anderson Kill PC
1251 Avenue of the Americas
New York, NY 10020

**TO:** Minister of Foreign Affairs
Ministry of Foreign Affairs of Sudan
P.O. Box 873, Gamma Street
Khartoum, Sudan

PS Form **3806**, Registered Mail Receipt
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®
*Copy 1 - Customer*
*(See Information on Reverse)*