# ANDERSON KILL P.C.

7 TIMES SQUARE, 15TH FLOOR / NEW YORK, NY 10036 / 212.278.1911 / www.andersonkill.com

Jerry S. Goldman, Esq.
9-11victims@andersonkill.com
212-278-1911

*Via ECF*                                                                          March 12, 2025

The Honorable Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square, Room 430
New York, NY 10007

> Re:   *In re Terrorist Attacks on September 11, 2001*, No. 03-MDL-1570 (GBD)(SN); *Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 04-cv-1076 (GBD)(SN) – Pending Taliban Judgment Motions

Dear Judge Netburn:

Undersigned counsel writes to inform the Court of material developments regarding a subset of our pending motions for default partial final damages judgments against the Taliban to aid in the adjudication of these pending motions.

First, when we submitted our motion for default partial final damages judgments against the Taliban at ECF No. 8528 on September 16, 2022, we indicated that each of the plaintiffs therein had a pending judgment motion against the Islamic Republic of Iran ("Iran"). Since then, this Court has awarded each of those plaintiffs a judgment against Iran. Annexed as Exhibit 1 hereto is an updated Exhibit A and Exhibit B for the Proposed Order at ECF No. 8531. The only changes made to Exhibit A and Exhibit B are the exhibits now list the date and ECF No. of the damages judgments awarded to the plaintiffs therein against Iran.

Second, when we submitted the motion for default partial final damages judgments against the Taliban at ECF No. 8577 on September 29, 2022, we indicated that the plaintiffs therein were not previously granted judgments against Iran for the damages sought therein and did not have a pending judgment motion against Iran. Since then, this Court has awarded most of those plaintiffs a judgment against Iran.[1] Annexed as Exhibit 2 hereto is an updated Exhibit A-1, Exhibit A-2, Exhibit B-1, and Exhibit B-2 for the Proposed Order at ECF No. 8579. The only changes made to Exhibits A and B are (i) the exhibits now list the case name and number, date, and ECF No. of the damages judgments awarded to the plaintiffs therein against Iran, and (ii) Anne Lynn Hayashi, the surviving spouse of 9/11 decedent Stuart (Soo-Jin) Lee, who is currently a plaintiff on Exhibit A to the Proposed Order at ECF No. 9133 (non-U.S. national

---

[1] Regarding the plaintiffs on the Taliban judgment motion pending at ECF No. 8577, which have not been awarded a prior damages judgment against Iran, the claims of the Estate of Robert Elseth and his surviving spouse and child have chosen not to file claims against Iran, and Roya Bolourchi-Touran (the surviving child of Touran Bolourchi) is on an Iran damages judgment motion pending at ECF No. 10524.

New York, NY ■ Los Angeles, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

docs-100725169.1

**Anderson Kill P.C.**

The Honorable Sarah Netburn
March 12, 2025
Page 2

judgment motion), has been added to Exhibit A-2 due to information being received since filing that Ms. Hayashi was a U.S. national on September 11, 2001.

Third, when we submitted the motion for default partial final damages judgments against the Taliban for non-U.S. national plaintiffs at ECF No. 9130 on June 15, 2023, we indicated that the plaintiffs therein were not previously granted judgments against Iran for the damages sought therein and did not have a pending judgment motion against Iran. Since then, this Court has awarded most of the plaintiffs therein a judgment against Iran.[2] Annexed as Exhibit 3 hereto are updated Exhibits A and B for the Proposed Order at ECF No. 9133. The only changes made to Exhibits A and B are (i) the exhibits now list the case name and number, date, and ECF No. of the damages judgments awarded to the plaintiffs therein against Iran, and (ii) Anne Lynn Hayashi, the surviving spouse of 9/11 decedent Stuart (Soo-Jin) Lee, has been removed from Exhibit A due to information being received since filing that Ms. Hayashi was a U.S. national on September 11, 2001. As indicated in the preceding paragraph, Ms. Hayashi's claim has been added to Exhibit 2 attached hereto.

Fourth, at the time we submitted our motions for default partial final damages judgments against the Taliban, certain estates with claims on those pending motions had unopposed pending petitions before surrogates courts, seeking to be appointed as the personal representatives of those estates. We wish to inform the Court that the listed personal representative has been appointed for (i) the Estate of Geneva Epps (motion pending at ECF No. 8528), (ii) the Estate of Michael Lomax (motion pending at ECF No. 8577), (iii) the Estate of Victoria Alvarez-Brito (motion pending at ECF No. 8577), (iv) the Estate of Mario Brito (motion pending at ECF No. 8577), (v) the Estate of Walter Weaver (motion pending at ECF No. 8577), (vi) the Estate of Frederick Kuo, Jr. (motion pending at ECF No. 8748), and (vii) the Estate of Paul Hamilton Geier (motion pending at ECF No. 8748).

We respectfully request that this Court use the updated exhibits attached hereto as Exhibits 1-3 in adjudicating the pending motions for default partial final damages judgments against the Taliban at ECF Nos. 8528, 8577, and 9130, and note the additional pending Taliban judgment motions at ECF Nos. 8455, 8568, 8595, and 8745.

We also want to inform the Court that we recently submitted a motion to substitute for some of the claimants on these Taliban judgment motions (*see* ECF No. 10777). Further, we intend to submit another motion to add parties to the *O'Neill* plaintiffs' action against the Taliban and another set of Taliban judgment motions in the near future.

---

[2] For the two non-U.S. national plaintiffs on the Taliban judgment motion pending at ECF No. 9130, which have not been awarded a prior damages judgment against Iran, those plaintiffs are on a renewed Iran damages judgment motion pending at ECF No. 10267.

docs-100725169.1

**Anderson Kill P.C.**

The Honorable Sarah Netburn
March 12, 2025
Page 3

  We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
*Attorney for Plaintiffs*

Enclosures
cc: The Honorable George B. Daniels (via ECF)
   All Counsel of Record (via ECF)

docs-100725169.1