# EXHIBIT 2

**Ex. A-1**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | William | Howard | Pohlmann | | Linda | | Pohlmann | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | 9468 | N/A | 8486 | ATA | $12,500,000.00 | $37,500,000.00 |
| 2 | Tamara | Ciara | Thurman | | Artricia | | McClure | | Sibling | United States | United States | Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN) | 12/14/2023 | 9468 | N/A | 8486 | ATA | $4,250,000.00 | $12,750,000.00 |
| 3 | Tamara | Ciara | Thurman | | Wilton | | White | | Sibling | United States | United States | Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN) | 12/14/2023 | 9468 | N/A | 8486 | ATA | $4,250,000.00 | $12,750,000.00 |
| 4 | Walter | Edward | Weaver | | Michael | Anthony | Weaver | | Sibling | United States | United States | Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD) (SN) | 11/7/2023 | 9416 | N/A | 8486 | ATA | $4,250,000.00 | $12,750,000.00 |
| 5 | Walter | Edward | Weaver | | Joan | Claire | Weaver | | Parent (Deceased) | United States | United States | Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD) (SN) | 11/7/2023 | 9416 | N/A | 8486 | ATA | $8,500,000.00 | $25,500,000.00 |
| | | | | | | | | | | | | | | | | | | $33,750,000.00 | $101,250,000.00 |

Ex. A-2
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Anthony | | Alvarado | | Anthony | Joshua | Alvarado | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 2. | Victoria | | Alvarez-Brito | | Jamie | | Brito | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 3. | Victoria | | Alvarez-Brito | | Mario | | Brito | | Spouse (Deceased) | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 6/17/2024 | # 9933 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 4. | Victoria | | Alvarez-Brito | | Raul | | Brito | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 5. | Scott | Daniel | Bart | | Elizabeth | Courtney | Rick | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |
| 6. | Touran | | Bolourchi | | Roya | | Bolourchi Touran | | Child | United States | United States | Gladys Lopez et al v. Islamic Republic of Iran, No. 1:23-cv-08305 (GBD) (SN) | N/A | N/A | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 7. | Ronald | Paul | Bucca | | Alfred | R. | Bucca | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 8. | Ronald | Paul | Bucca | | Astrid | | Bucca | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 9. | Ronald | Paul | Bucca | | Eve | Elizabeth | Bucca | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |
| 10. | Ronald | Paul | Bucca | | Robert | | Bucca | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 11. | Ronald | Paul | Bucca | | Ronald | Luke | Bucca | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 12. | Ronald | Paul | Bucca | | Jessica | | Bucca-Hughes | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 13. | David | Gary | Carlone | | Beverly | Deschino | Carlone | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 14. | Steven | Paul | Chucknick | | Barbara | Marie | Chucknick | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 15. | Steven | Paul | Chucknick | | Steven | Louis | Chucknick | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |

Ex. A-2
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16. | Alex | F. | Ciccone | | Stefanie | Marie | Oliva | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |
| 17. | Juan | Pablo Alvarez | Cisneros | | Lidia | | Alvarez | | Parent | Guatemala | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 18. | Juan | Pablo Alvarez | Cisneros | | Alfonso | | Cisneros | | Parent | Guatemala | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 19. | Juan | Pablo Alvarez | Cisneros | | Ana | Maria | Cisneros | | Sibling | Guatemala | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 20. | Jerry | Don | Dickerson | | Elizabeth | Bailey | Dickerson | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 21. | Jerry | Don | Dickerson | | Page | Dantzler | Dickerson | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 22. | Jerry | Don | Dickerson | | William | Austin | Dickerson | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 23. | Debra | Ann | DiMartino | | Sol | | Newman | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 24. | Debra | Ann | DiMartino | | Angelo | John | Puma | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 25. | Debra | Ann | DiMartino | | Josephine | | Tabick | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 26. | Jeffrey | | Dingle | | Nicole | | Brathwaite-Dingle | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 27. | Jeffrey | | Dingle | | Jassiem | | Dingle | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 28. | Jeffrey | | Dingle | | Nia | | Dingle | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 29. | Christopher | Michael | Duffy | | Brian | Matthew | Duffy | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 30. | Christopher | Michael | Duffy | | John | | Duffy | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |

Ex. A-2
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31. | Christopher | Michael | Duffy | | Kevin | Thomas | Duffy | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 32. | Christopher | Michael | Duffy | | Kathleen | | Langan | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 33. | Christopher | Michael | Duffy | | Caitlin | McCaffrey | Meloy | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 34. | Christopher | Michael | Duffy | | Kara | Anne | Mylod | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 35. | Joseph | Anthony | Eacobacci | | Angela | | Eacobacci | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 36. | Joseph | Anthony | Eacobacci | | Mitchell | Joseph | Eacobacci | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 37. | Robert | Randolph | Elseth | | Annette | Blyler | Elseth | | Spouse | United States | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 38. | Robert | Randolph | Elseth | | Faith | Elizabeth | Elseth | | Child | United States | United States | N/A | N/A | N/A | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 39. | Lee | Stanley | Fehling | | Joan | M. | Bischoff | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 40. | Lee | Stanley | Fehling | | James | E. | Fehling | Jr. | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 41. | Lee | Stanley | Fehling | | Kaitlin | Nicole | Fehling | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 42. | Lee | Stanley | Fehling | | Megan | Lee | Fehling | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 43. | Lee | Stanley | Fehling | | Thomas | John | Fehling | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 44. | Lee | Stanley | Fehling | | Danielle | Claire | Fehling-Wasnieski | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 45. | Paul | Matthew | Fiori | | Adriana | Marie | Fiori | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |

Ex. A-2
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46. | Paul | Matthew | Fiori | | Debbi | Liberta | Fiori | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 47. | Paul | Matthew | Fiori | | Lynda | Theresa | Scarcella | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 48. | Dennis | James | Gomes | | Cynthia | Marie | Gomes | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |
| 49. | Dennis | James | Gomes | | Mackenzie | May | Gomes | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 50. | Stephen | | Joseph | | Gillian | Marcia | Gransaull-Joseph | | Spouse | Trinidad | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 51. | Stephen | | Joseph | | Tristan | Anthony | Joseph | | Child | Trinidad | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 52. | Thomas | Edward | Jurgens | | Jessica | Lynn | Jurgens | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 53. | Thomas | Edward | Jurgens | | Joseph | E. | Jurgens | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 54. | Thomas | Edward | Jurgens | | Joseph | Brian | Jurgens | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 55. | Douglas | | Ketcham | | Dennis | | Ketcham | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 56. | Douglas | | Ketcham | | Denyse | Danielle | Kruse | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 57. | Rajesh | | Khandelwal | | Shivam | | Khandelwal | | Child | India | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 58. | Amy | | King | | Stewart | | King | Jr. | Parent (Deceased) | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 59. | Frederick | | Kuo | Jr. | Michael | Robert | Kuo | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 60. | Thomas | Joseph | Kuveikis | | Kathleen | | Gelman | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61. | Elena | Fernanda | Ledesma | | Angelina | Krissy | Jimenez | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 62. | Elena | Fernanda | Ledesma | | Shanhellen | Trissy | Jimenez | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 63. | Stuart | (Soo-Jin) | Lee | | Anne | Lynn | Hayashi | | Spouse | Canada | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8117 | ATA | $12,500,000.00 | $37,500,000.00 |
| 64. | Betsy | | Martinez | | Ariel | | Martinez | | Child | United States | United States | Beatrice Gaston, et al. v. Islamic Republic of Iran, No. 1:18-cv-12337 (GBD) (SN) | 10/18/2024 | # 10449 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 65. | Stephen | Vincent | Mulderry | | Amy | Kane | Mulderry | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 66. | Stephen | Vincent | Mulderry | | Andrew | Thomas | Mulderry | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 67. | Stephen | Vincent | Mulderry | | Anne | McGrath | Mulderry | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 68. | Stephen | Vincent | Mulderry | | Anne | Connell | Mulderry | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 69. | Stephen | Vincent | Mulderry | | Daniel | Patrick | Mulderry | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 70. | Stephen | Vincent | Mulderry | | Darra | D | Mulderry | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 71. | Stephen | Vincent | Mulderry | | Peter | M | Mulderry | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 72. | Stephen | Vincent | Mulderry | | William | J. | Mulderry | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 73. | Laurence | Florian | Nedell | | Jennie | | Nedell | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 74. | Laurence | Florian | Nedell | | Laura | | Nedell | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 75. | Laurence | Florian | Nedell | | Lorraine | | Nedell | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |

Ex. A-2
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 76. | Richard | Al | Penny | | Richard | Tyson | Penny | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 77. | Richard | Al | Penny | | Valada | Berencia | Penny | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |
| 78. | Scott | Alan | Powell | | Art | Edward | Powell | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 79. | Scott | Alan | Powell | | Sydney | Ayesha | Powell | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 80. | Scott | Alan | Powell | | Scott | Alan | Watkins | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 81. | Thomas | Michael | Regan | | Allaistar | Mairead | Regan | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 82. | Thomas | Michael | Regan | | Connor | Patrick | Regan | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 83. | Thomas | Michael | Regan | | Gayle | Diane | Regan | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 84. | Stephen | Louis | Roach | | Eileen | B. | Roach | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 85. | Stephen | Louis | Roach | | Isabel | | Roach | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |
| 86. | Stephen | Louis | Roach | | Mackenzie | A. | Roach | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 87. | Stephen | Louis | Roach | | Stephen | Louis | Roach | Jr. | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 88. | David | Michael | Ruddle | | Amanda | Marie | Ruddle | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 89. | Richard | Lawrence | Salinardi | Jr. | Brittley | Christian | Wise | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8017 | ATA | $12,500,000.00 | $37,500,000.00 |
| 90. | Ayleen | | Santiago | | Carlos | Gilberto | Albert | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | #9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |

docs-100725200.1

Ex. A-2
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Plaintiff First Name | Plaintiff Middle Name | Plaintiff Last Name | Plaintiff Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Plaintiff Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Solatium Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91. | Davis | Grier | Sezna | Jr. | Davis | Grier | Sezna | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 92. | Davis | Grier | Sezna | Jr. | Gail | I. | Sezna | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 93. | Davis | Grier | Sezna | Jr. | Walter | William | Sezna | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 94. | Paul | Albert | Skrzypek | | Laura | | Kingsbury | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 95. | Paul | Albert | Skrzypek | | Albert | John | Skrzypek | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 96. | Paul | Albert | Skrzypek | | Edith | | Skrzypek | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 97. | James | Joseph | Suozzo | | June | Ryan | Pietruszkiewicz | | Spouse | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |
| 98. | James | Joseph | Suozzo | | Alexander | James | Suozzo | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 99. | James | Joseph | Suozzo | | Timothy | John | Suozzo | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 100. | Kip | | Taylor | | Ann | Marie | Taylor | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 101. | Kip | | Taylor | | Dean | Ross | Taylor | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 102. | Kip | | Taylor | | Dean | | Taylor | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $4,250,000.00 | $12,750,000.00 |
| 103. | Kip | | Taylor | | John | Luke | Taylor | | Child | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 104. | Kip | | Taylor | | Kay | Ann | Taylor | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $8,500,000.00 | $25,500,000.00 |
| 105. | Kip | | Taylor | | Nancy | | Taylor | | Spouse (Deceased) | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | $12,500,000.00 | $37,500,000.00 |

**Ex. A-2**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | **Decedent First Name** | **Decedent Middle Name** | **Decedent Last Name** | **Decedent Suffix** | **Plaintiff First Name** | **Plaintiff Middle Name** | **Plaintiff Last Name** | **Plaintiff Suffix** | **Relationship to Decedent** | **Decedent Citizenship on 9/11/01** | **Plaintiff Citizenship on 9/11/01** | **Case Name and Case Number for Prior Damage Award(s) Against Iran** | **Date of Prior Damage Award Against Iran** | **MDL ECF No. of Prior Damage Award Against Iran** | **Name Under Which Judgement Was Previously Entered (if different)** | **MDL ECF No. of Complaint Against Taliban** | **Plaintiff's Cause of Action for Damages Against Taliban** | **Total Solatium Damage Amount ($)** | **Treble Damage Amount ($)** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106. | Frank | | Wisniewski | | Judith | | Knight | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 107. | Frank | | Wisniewski | | Mary | | Wisniewski | | Parent (Deceased) | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |
| 108. | Frank | | Wisniewski | | Vincent | | Wisniewski | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 109. | Jacqueline | | Young | | James | | McKenley | | Sibling | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $4,250,000.00 | $12,750,000.00 |
| 110. | Jacqueline | | Young | | Loubertha | | Williams | | Parent | United States | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $8,500,000.00 | $25,500,000.00 |

$883,000,000.00     $2,649,000,000.00

**Ex. B-1**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Economic Damage Amount ($) | Total Non-Economic Damage Amount ($) | Total Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Walter | Edward | Weaver | | Estate | United States | Justin Strauss, et al. v. Islamic Republic of Iran, No. 1:22-cv-10823 (GBD) (SN) | 11/7/2023 | # 9416 | N/A | 8486 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| | | | | | | | | | | | | | $2,000,000.00 | **$2,000,000.00** | **$6,000,000.00** |

Ex. B-2
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Economic Damage Amount ($) | Total Non-Economic Damage Amount ($) | Total Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Anthony | | Alvarado | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 2. | Victoria | | Alvarez-Brito | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 8/29/2024 | # 10276 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 3. | Scott | Daniel | Bart | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 4. | Ronald | Paul | Bucca | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 5. | David | Gary | Carlone | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $3,607,825.00 | $2,000,000.00 | $5,607,825.00 | $16,823,475.00 |
| 6. | Steven | Paul | Chucknick | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $3,825,361.00 | $2,000,000.00 | $5,825,361.00 | $17,476,083.00 |
| 7. | Alex | F. | Ciccone | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 8. | Jerry | Don | Dickerson | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 9. | Jeffrey | | Dingle | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 10. | Christopher | Michael | Duffy | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 11. | John | E. | Eichler | | Estate | United States | Chang Don Kim, et al. v. Islamic Republic of Iran, No. 1:18-cv-11870 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $2,229,794.00 | | $2,229,794.00 | $6,689,382.00 |
| 12. | Robert | Randolph | Elseth | | Estate | United States | N/A | N/A | N/A | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 13. | Lee | Stanley | Fehling | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 14. | Paul | Matthew | Fiori | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 15. | Virginia | E. | Fox | | Estate | United States | Audrey Ades, et al. v. Islamic Republic of Iran, No. 1:18-cv-07306 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $208,536.00 | | $208,536.00 | $625,608.00 |
| 16. | Michelle | H. | Goldstein | | Estate | United States | Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran, No. 1:18-cv-12276 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $3,252,145.00 | | $3,252,145.00 | $9,756,435.00 |

**Ex. B-2**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | Decedent First Name | Decedent Middle Name | Decedent Last Name | Decedent Suffix | Relationship to Decedent | Decedent Citizenship on 9/11/01 | Case Name and Case Number for Prior Damage Award(s) Against Iran | Date of Prior Damage Award Against Iran | MDL ECF No. of Prior Damage Award Against Iran | Name Under Which Judgement Was Previously Entered (if different) | MDL ECF No. of Complaint Against Taliban | Plaintiff's Cause of Action for Damages Against Taliban | Total Economic Damage Amount ($) | Total Non-Economic Damage Amount ($) | Total Damage Amount ($) | Treble Damage Amount ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17. | Dennis | James | Gomes | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 & 6/17/2024 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 18. | Douglas | Darrell | Ketcham | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 19. | Amy | | King | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 20. | Elena | Fernanda | Ledesma | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 21. | Michael | | Lomax | | Estate | United States | Alexander Jimenez, et al. v. Islamic Republic of Iran, No. 1:18-cv-11875 (GBD) (SN) | 6/17/2024 | # 9935 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 22. | Stephen | Vincent | Mulderry | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 23. | Laurence | Florian | Nedell | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 24. | Richard | Al | Penny | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 25. | William | Howard | Pohlmann | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 26. | Thomas | Michael | Regan | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | $9,293,281.00 | $2,000,000.00 | $11,293,281.00 | $33,879,843.00 |
| 27. | Stephen | | Roach | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 28. | Richard | Lawrence | Salinardi | Jr. | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 29. | Edward | W. | Schunk | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 30. | Davis | Grier | Sezna | Jr. | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 31. | Paul | Albert | Skrzypek | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 32. | James | Joseph | Suozzo | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |

**Ex. B-2**
Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al., No. 1:04-cv-01076 (GBD) (SN)
*(Alphabetically by Last Name of 9/11 Decedent)*

| | **Decedent First Name** | **Decedent Middle Name** | **Decedent Last Name** | **Decedent Suffix** | **Relationship to Decedent** | **Decedent Citizenship on 9/11/01** | **Case Name and Case Number for Prior Damage Award(s) Against Iran** | **Date of Prior Damage Award Against Iran** | **MDL ECF No. of Prior Damage Award Against Iran** | **Name Under Which Judgement Was Previously Entered (if different)** | **MDL ECF No. of Complaint Against Taliban** | **Plaintiff's Cause of Action for Damages Against Taliban** | **Total Economic Damage Amount ($)** | **Total Non-Economic Damage Amount ($)** | **Total Damage Amount ($)** | **Treble Damage Amount ($)** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33. | Kip | | Taylor | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8115 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| 34. | Jacqueline | | Young | | Estate | United States | Susan M. King, et al. v. Islamic Republic of Iran, No. 1:22-cv-05193 (GBD) (SN) | 12/14/2023 | # 9468 | N/A | 8017 | ATA | | $2,000,000.00 | $2,000,000.00 | $6,000,000.00 |
| | | | | | | | | | | | | | $22,416,942.00 | $62,000,000.00 | **$84,416,942.00** | **$257,250,826.00** |