## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, 1:04-cv- 01923 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby

ORDERED that the Plaintiffs' motion is granted, and the individual included in Exhibit A is to be substituted into the cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 10874.

Dated: New York, New York
_____, 202\_

SO ORDERED:

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

2

**EXHIBIT A to Motion to Substitute Parties**

|   | **Previous Personal Representative:** | **Case Number:** | **Substituted Personal Representative:** | **State of Residency of Substituted Personal Representative at Filing:** | **Decedent's Name:** |
|---|---|---|---|---|---|
| 1. | John Doe 93, being intended to designate the Personal Representative of the Estate of Robert Caufield, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield | No. 1:04-cv-01076 (GBD)(SN); No. 1:04-cv-01923 (GBD)(SN); No. 1:20-cv-10902 (GBD)(SN) | Patricia Fennelly as the Personal Representative of the Estate of Robert Caufield, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield | NY | Robert Caufield |

2

docs-100782844.1