**EXHIBIT A**

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 1 | Petrolina Sencion | Parent | NY | Dominican Republic | Maxima Jean-Pierre |
| 2 | Monique Somervell | Child | GA | United States | Michael Diaz-Piedra |
| 3 | Susan Fennell | PR | NC | United States | Edwin J. Graf, III |
| 4 | Nicky Santiago | Spouse | NY | United States | Giovanna Porras |
| 5 | Rafael Espinal | Sibling | NY | United States | Jose Espinal |
| 6 | Maria Elena Santana | Sibling | FL | United States | Jose Espinal |
| 7 | Maria Altagracia Espinal | Sibling | FL | United States | Jose Espinal |
| 8 | Josefina Blanchard | Sibling | NY | United States | Jose Espinal |
| 9 | Flordaliza Espinal | Sibling | FL | United States | Jose Espinal |
| 10 | Moises Espinal | Sibling | PA | United States | Jose Espinal |
| 11 | Jasmine Espinal | Child | OH | United States | Jose Espinal |
| 12 | Maria Alayo Aguilar | PR | CT | United States | Jose Espinal |
| 13 | Lisa DeRienzo | PR | NJ | United States | Michael DeRienzo |
| 14 | Lisa DeRienzo | Sibling | NJ | United States | Michael DeRienzo |
| 15 | Ayleen Arroyo | Child | NJ | United States | Ayleen J. Santiago |
| 16 | George J. Santiago | Child | NJ | United States | Ayleen J. Santiago |
| 17 | Ayleen Arroyo and George J. Santiago as co-Personal Representatives of the Estate of George Santiago | Spouse (Deceased) | NJ | United States | Ayleen J. Santiago |
| 18 | Alana McKenzie | PR | VA | United States | Molly McKenzie |
| 19 | Alana McKenzie | Child | VA | United States | Molly McKenzie |
| 20 | Rebecca Shum | PR | NJ | United States | See Wong Shum |

| #  | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|----|---|---|---|---|---|
| 21 | Rebecca Shum | Spouse | NJ | United States | See Wong Shum |
| 22 | Chanel Shum | Child | NJ | United States | See Wong Shum |
| 23 | Reza Mashayekhi | PR | FL | United States | Darya Lin |
| 24 | Georgette Conroy | PR | NY | United States | Kevin Conroy |
| 25 | Georgette Conroy | Spouse | NY | United States | Kevin Conroy |
| 26 | Matthew Conroy | Child | IL | United States | Kevin Conroy |
| 27 | Jamie Conroy | Child | NY | United States | Kevin Conroy |
| 28 | Christine Kelly | Child | NY | United States | Kevin Conroy |
| 29 | Jill Conroy | Child | MA | United States | Kevin Conroy |
| 30 | Ursula Andrus | PR | FL | Poland | Norbert Szurkowski |
| 31 | Ursula Andrus | Spouse | FL | United States | Norbert Szurkowski |
| 32 | Alexandra Szurkowski | Child | FL | United States | Norbert Szurkowski |
| 33 | Claudia Szurkowski | Child | FL | United States | Norbert Szurkowski |
| 34 | Diane Inghilterra | PR | NY | United States | Louis Inghilterra |
| 35 | Diane Inghilterra | Spouse | NY | United States | Louis Inghilterra |
| 36 | Louis Sam Inghilterra | Child | CO | United States | Louis Inghilterra |
| 37 | Kimmie Chedel | PR | Quebec | United States | Frank Doyle |
| 38 | Kimmie Chedel | Spouse | Quebec | Canada | Frank Doyle |
| 39 | Zoe Doyle | Child | PA | United States | Frank Doyle |
| 40 | Garrett Doyle | Child | Quebec | United States | Frank Doyle |
| 41 | Stacy Paolozzi | PR | NY | United States | Franklin Pershep |
| 42 | Stacy Paolozzi as Personal Representative of the Estate of Estelle Pershep | Spouse (Deceased) | NY | United States | Franklin Pershep |

docs-100788079.1

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 43 | Stacy Paolozzi | Child | NY | United States | Franklin Pershep |
| 44 | Brian Fine, as Personal Representative of the Estate of Sharyn Fine | Child (Deceased) | NY | United States | Franklin Pershep |
| 45 | Deborah Ivory | Spouse | MD | United States | Lacey B. Ivory |
| 46 | Wil-Justin Ojeda | Child | NJ | United States | Lizette Mendoza |
| 47 | Raymond Sanchez, Jr. | Child | NY | United States | Raymond Sanchez |
| 48 | Christopher Cuomo, Westchester County Public Administrator, as Personal Representative of the Estate of Timothy Langer | Spouse (Deceased) | NY | United States | Vanessa Lang Langer |
| 49 | Andrew C. Kelly | PR | NY | United States | Maurice Kelly |
| 50 | Danielle Kelly | Child | NY | United States | Maurice Kelly |
| 51 | Thomas Kelly | Child | NY | United States | Maurice Kelly |
| 52 | Danielle Kelly as the Personal Representative of the Estate of Sean Kelly | Child (Deceased) | NY | United States | Maurice Kelly |
| 53 | Sarah Cherry | PR | OH | United States | Douglas Cherry |
| 54 | Sarah Cherry | Spouse | OH | United States | Douglas Cherry |
| 55 | Emma Cherry | Child | OR | United States | Douglas Cherry |
| 56 | Isabel Cherry | Child | IL | United States | Douglas Cherry |
| 57 | John Cherry | Child | IL | United States | Douglas Cherry |
| 58 | Gladys Lopez | PR | NY | United States | Luis Lopez |
| 59 | Gladys Lopez | Spouse | NY | Dominican Republic | Luis Lopez |
| 60 | Lester Fortuna | Child | PR | United States | Luis Lopez |

docs-100788079.1

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 61 | Heily Fortuna | Child | NY | Dominican Republic | Luis Lopez |
| 62 | Patricia Fennelly | Sibling | NY | United States | Robert Caufield |
| 63 | Catherine Allen | Child | MA | United States | John Hartz |
| 64 | John Hartz, Jr. | Child | FL | United States | John Hartz |
| 65 | Jaimenys Taveras | Child | NY | United States | Manuel De Jesus Molina |
| 66 | Jaimercedes Taveras | Child | NY | United States | Manuel De Jesus Molina |
| 67 | Jaimelin Taveras | Child | NY | United States | Manuel De Jesus Molina |
| 68 | Alfredo Bordenabe | PR | NJ | United States | Krystine Bordenabe |
| 69 | Alfredo Bordenabe | Spouse | NJ | United States | Krystine Bordenabe |
| 70 | Andrew Godsil | Child | NJ | United States | Krystine Bordenabe |
| 71 | William Carson | Sibling | NY | United States | James Carson Jr. |
| 72 | Stephen Carson | Sibling | NY | United States | James Carson Jr. |
| 73 | John M. Galvin Sr. | co-PR | CT | United States | Thomas Galvin |
| 74 | Diverra Galvin | Parent | CT | United States | Thomas Galvin |
| 75 | John M. Galvin | Parent | CT | United States | Thomas Galvin |
| 76 | Lynn Galvin | Sibling | NY | United States | Thomas Galvin |
| 77 | Kathy Callahan | Sibling | CT | United States | Thomas Galvin |
| 78 | John M. Galvin Jr. | Sibling | FL | United States | Thomas Galvin |
| 79 | Deborah Cremona a/k/a Deborah Forde | Spouse | NY | United States | Godwin Forde |
| 80 | Grace Salinardi | Parent | KS | United States | Richard Salinardi, Jr. |

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 81 | Grace Salinardi and Jason Salinardi as co-Personal Representatives of the Estate of Richard Salinardi | Parent (Deceased) | KS | United States | Richard Salinardi, Jr. |
| 82 | Jason Salinardi | Sibling | KS | United States | Richard Salinardi, Jr. |
| 83 | Jayme Salinardi | Sibling | KS | United States | Richard Salinardi, Jr. |
| 84 | Michael Roberts | Child | NJ | United States | Leo Roberts |
| 85 | Jeffrey Roberts | Child | FL | United States | Leo Roberts |
| 86 | Daniel Roberts | Child | NJ | United States | Leo Roberts |
| 87 | Taylor Roberts | Child | CA | United States | Leo Roberts |
| 88 | Diverra M. Galvin | Co-PR | CT | United States | Thomas Galvin |
| 89 | Mary Jelnek | PR | FL | United States | Vincent Slavin |
| 90 | Michael Slavin | Child | NY | United States | Vincent Slavin |
| 91 | Mary Jo Slavin | Spouse | FL | United States | Vincent Slavin |
| 92 | Jacqueline Beard-Edwards | PR | NY | United States | Michael Edwards |
| 93 | Jacqueline Beard-Edwards | Spouse | NY | United States | Michael Edwards |
| 94 | Jennifer Herold | Child | NY | United States | Gary Herold |
| 95 | Ashley McBrayer | Child | WV | United States | Gary Herold |
| 96 | Catherine Lyn-Shue | PR | NY | United States | Francisco Munoz |
| 97 | Catherine Lyn-Shue | Spouse | NY | United States | Francisco Munoz |
| 98 | Anthony Stewart | PR | MD | United States | Chapelle Sarker |
| 99 | Anthony Stewart | Sibling | MD | United States | Chapelle Sarker |
| 100 | Anthony Stewart, as Personal Representative of the Estate of Dorothy Belcher | Parent (Deceased) | MD | United States | Chapelle Sarker |

docs-100788079.1

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 101 | Mary Lou Moss | PR | TX | United States | Brian Moss |
| 102 | Mary Lou Moss | Spouse | TX | United States | Brian Moss |
| 103 | Ashten Moss | Child | CO | United States | Brian Moss |
| 104 | Connor Moss | Child | TN | United States | Brian Moss |
| 105 | Christine O'Reilly | PR | NY | United States | Howard Gelling |
| 106 | Christine O'Reilly | Spouse | NY | United States | Howard Gelling |
| 107 | Howard Gelling Sr | Parent | FL | United States | Howard Gelling |
| 108 | Deborah Mulford | Sibling | FL | United States | Howard Gelling |
| 109 | William Gelling | Sibling | NJ | United States | Howard Gelling |
| 110 | Catalina Louie | Child | FL | United States | Chet Louie |
| 111 | Cassandra Louie | Child | NY | United States | Chet Louie |
| 112 | Ken Yazawa Reibman a/k/a Calvin Louie | Child | NY | United States | Chet Louie |
| 113 | Ondre Forde | Child | United Kingdom | United Kingdom | Godwin Forde |
| 114 | Sunny Chiang | PR | NY | United States | Alexander Chiang |
| 115 | Sunny Chiang | Spouse | NY | United States | Alexander Chiang |
| 116 | Devonte Carter | Child | NY | United States | Marcia Cecil-Carter |
| 117 | Devonte Carter, as Personal Represenative of the Estate of Andre Carter | Spouse (Deceased) | NY | United States | Marcia Cecil-Carter |
| 118 | John Doe 156 | PR | FL | United States | Jeffrey Bittner |
| 119 | Pamela Bittner-Conley | Sibling | FL | United States | Jeffrey Bittner |
| 120 | Pamela Bittner Conley as Personal Representative of the | Parent (Deceased) | FL | United States | Jeffrey Bittner |

6

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
|  | Estate of Donald Bittner |  |  |  |  |
| 121 | Kenneth Lum | PR | MA | United States | William Lum |
| 122 | Kenneth Lum | Sibling | MA | United States | William Lum |
| 123 | Debra Dennis | PR | NJ | United States | Kevin Dennis |
| 124 | Debra Dennis | Spouse | NJ | United States | Kevin Dennis |
| 125 | Ryan Dennis | Child | NY | United States | Kevin Dennis |
| 126 | Elliot Dennis | Child | NY | United States | Kevin Dennis |
| 127 | Marva May | PR | NJ | United States | Tyrone May |
| 128 | Marva May | Spouse | NJ | United States | Tyrone May |
| 129 | Tyrone May, Jr. | Child | NJ | United States | Tyrone May |
| 130 | Deborah Lloyd | Sibling | CA | United States | Amy R. King |
| 131 | Peter Biggart | Child | CA | United States | William G. Biggart |
| 132 | Debra Andreacchio | Sibling | NY | United States | John Andreacchio |
| 133 | Marcella Bittner as Personal Representative of the Estate of Michael Bittner | Sibling (Deceased) | CT | United States | Jeffrey Bittner |
| 134 | Cristian Diaz-Piedra | Child | FL | United States | Michael Diaz-Piedra |
| 135 | John Ruddle | Sibling | NY | United States | David Ruddle |
| 136 | Kyle Foster as Personal Representative of the Estate of Kenneth Foster | Spouse (Deceased) | TX | United States | Sandra N. Foster |
| 137 | Mary Migliaccio as Personal Representative of the Estate of James Schuler | Spouse (Deceased) | NJ | United States | Susan Lee Schuler |
| 138 | Darren Pohlmann | Child | SC | United States | William H. Pohlmann |

docs-100788079.1

| # | Plaintiff Name | Relationship | State of Domicile | Country of Citizenship on 9/11 | 9/11 Decedent Name |
|---|---|---|---|---|---|
| 139 | Christopher Pohlmann | Child | CT | United States | William H. Pohlmann |
| 140 | Deirdre Ruddle | Sibling | NY | United States | David Ruddle |
| 141 | Andrew Erker | Child | NY | United States | Erwin Erker |
| 142 | Lauren Erker | Child | RI | United States | Erwin Erker |
| 143 | Ann Erker | Spouse | NY | United States | Erwin Erker |
| 144 | Ann Erker | PR | NY | United States | Erwin Erker |
| 145 | Angela Herold | PR | FL | United States | Gary Herold |
| 146 | Debra Andreacchio | PR | NY | United States | John Andreacchio |

docs-100788079.1