**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, No. 1:04-cv-01076 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran*, No. l:18-cv- 12387 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' motion to permit the substitution of the Personal

Representative of individuals killed as a result of the terrorist attacks on September 11, 2001; it

is hereby

ORDERED that the Plaintiffs' motion is granted, and the individuals included in Exhibit

A are to be substituted into the cases.

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion

at ECF No. 11001.


Dated: New York, New York
_____, 202_

                                    SO ORDERED:


                                    _____
                                    GEORGE B. DANIELS
                                    UNITED STATES DISTRICT JUDGE


docs-100791183.1

**EXHIBIT A to Motion to Substitute Party**

| | Previous Personal Representative: | Case Number: | Substituted Personal Representative: | State of Residency of Substituted Personal Representative at Filing: | Decedent's Name: |
|---|---|---|---|---|---|
| 1. | Ayleen Arroyo, as the Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago | 1:04-cv-01076 (GBD)(SN); 1:22-cv-05193 (GBD)(SN) | Ayleen Arroyo, as the co-Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago<br><br>George J. Santiago, as the co-Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago | NJ; NJ | Ayleen J. Santiago |
| 2. | Theresa Russo-Kempf, as the Personal Representative of the Estate of Edward Rowenhorst, deceased, and on behalf of all survivors and all | l:18-cv-12387 (GBD)(SN) | Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, and on behalf of all survivors and all legally entitled | NY | Michael Russo |

docs-100791183.1

| | | | | | |
|---|---|---|---|---|---|
| | legally entitled beneficiaries and family members of Michael Russo | | beneficiaries and family members of Michael Russo | | |
| 3. | Hillary Hans, as the Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben | 1:18-cv-05321 (GBD)(SN) | Hillary Hans, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben<br><br>Leslie C. Ruben, as the co-Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben | NJ;NJ | Ronald J. Ruben |

3

docs-100791183.1