UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2025

| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:
*Estate of John Patrick O'Neill, Sr., et al. v. The Republic of Iraq, et al.*, No. 1:04-cv-01076 (GBD)(SN)

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint to Correct Errors in the above-captioned action, it is hereby

ORDERED that Plaintiffs' motion is granted, and

ORDERED that the following corrections are deemed made to Plaintiffs' complaint at ECF No. 8702, as amended:

**As to Plaintiffs' Name Corrections:**

|    | Case Number   | Plaintiffs' Full Name as Pled | Plaintiffs' Full Name as Amended |
|----|---------------|-------------------------------|----------------------------------|
| 1. | 1:04-cv-01076 | Derrick McKenley              | Derrick McKenly                  |
| 2. | 1:04-cv-01076 | Marisa John                   | Marissa John                     |

Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 11205.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

Dated: September 8, 2025
       New York, New York

docs-100657990.1