UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Smith v. Islamic Emirate of Afghanistan</u>, No. 01-cv-10132 (GBD)(SN)
    <u>Ashton v. al Qaeda Islamic Army</u>, No. 02-cv-6977 (GBD)(SN)
    <u>Havlish v. Bin-Laden</u>, No. 03-cv-9848 (GBD) (SN)
    <u>O'Neill v. Republic of Iraq</u>, No. 04-cv-1076 (GBD)(SN)
    <u>O'Neill v. Al Baraka Inv. & Dev. Corp.</u>, No. 04-cv-1923 (GBD)(SN)

The Court has substantively addressed, in the main MDL docket, a number of motions that remain pending in the dockets of their respective member cases. To maintain an accurate and complete record in this complex case, the Court respectfully directs the Clerk of the Court to terminate the following motions:

- ECF No. 787 in <u>O'Neill v. Al Baraka</u>, 04-cv-1923 (ECF No. 7419): On April 28, 2022, the Court denied this motion as moot. <u>See</u> ECF No. 7929.[1]

- ECF No. 128 in <u>Smith</u>, 01-cv-10132 (ECF No. 9306): On September 8, 2023, the Court granted counsel's motion to withdraw. <u>See</u> ECF No. 9335.

- ECF No. 725 in <u>Havlish</u>, 03-cv-9848 (ECF No. 10558): On December 2, 2024, the Court granted this motion for leave to serve additional restraining notices. <u>See</u> ECF No. 10563.

- ECF No. 868 in <u>O'Neill v. Iraq</u>, 04-cv-1076 (ECF No. 10970): On May 28, 2025, the Court granted the motion to add plaintiffs. <u>See</u> ECF No. 10979.

---

[1] Unless otherwise noted, all ECF numbers refer to the main MDL docket, No. 03-md-1570.

- ECF No. 2269 in <u>Ashton</u>, 02-cv-6977 (ECF No. 10941): On May 29, 2025, the Court granted partial final default judgment for the <u>Burlingame XVI</u> plaintiff. <u>See</u> ECF No. 10987.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   September 23, 2025
         New York, New York